01

02

03

04

05          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
06                   AT SEATTLE

07  AHLAM Z. MALIKI,                    )
                                        )   CASE NO. C12-0268-MJP
08          Plaintiff,                  )
                                        )
09      v.                              )   ORDER AFFIRMING
                                        )   COMMISSIONER
10  MICHAEL J. ASTRUE, Commissioner     )
    of Social Security,                 )
11                                      )
            Defendant.                  )
12  _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate

15  Judge Mary Alice Theiler.   It is therefore ORDERED:

16          (1)    The Court adopts the Report and Recommendation;

17          (2)    The Court AFFIRMS the decision of the Commissioner; and

18          (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 19th day of November, 2012.

20

21                                      _____

22                                      Marsha J. Pechman
                                        Chief United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1